**DISMISS and Opinion Filed December 11, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00600-CV**

**KIP MOTOR COMPANY, INC., Appellant**
**V.**
**FREEMAN L. CHAMBERS, JR., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15650**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Nowell

Before the Court is the parties' joint motion to dismiss this appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200600F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KIP MOTOR COMPANY, INC.,
Appellant

No. 05-20-00600-CV      V.

FREEMAN L. CHAMBERS, JR.,
Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-15650.
Opinion delivered by Justice Nowell.
Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee FREEMAN L. CHAMBERS, JR. recover his costs of this appeal from appellant KIP MOTOR COMPANY, INC.

Judgment entered this 11th day of December, 2020.